**WO**

1
2
3
4                    IN THE UNITED STATES DISTRICT COURT
5                      FOR THE DISTRICT OF ARIZONA
6
7   United States of America,              )
8             Plaintiff,                   )   **CR-01-822-PHX-FJM**
9   vs.                                    )
                                           )   **DETENTION ORDER**
10  Edson Omar Flores,                     )
11            Defendant.                   )
12                                         )
13  _____

14        Defendant  appeared before this Court on a Petition for Revocation of Supervised
15  Release.  The Court considered the Petition and file in determining whether defendant
16  should be released on conditions set by the Court.
17        The Court finds that defendant has failed to carry his burden of establishing that he
18  will not  flee  pursuant to 18 U.S.C. §3142(b) or (c).  Further, that  there is no condition or
19  combination of conditions that will reasonably assure the appearance of defendant as
20  required.
21        IT IS THEREFORE ORDERED that defendant be detained pending further
22  proceedings.  18 U.S.C. §3142(e); Rules 32.1(a)(1) and 46(c), Federal Rules of Criminal
23  Procedure.
24        DATED this 5th day of June, 2008.
25
26
27
28                                         Edward C. Voss
                                           United States Magistrate Judge